IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 12-cr-00392-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     JOSE HERRERA,

        Defendant.

## ORDER

THIS MATTER comes before the Court on the Government's Motion to Disclose Grand Jury Material, pursuant to Fed. R. Crim. P. 6(e)(3)(E)(I).

HAVING REVIEWED the motion and being otherwise advised in the premises, the Court finds that good and sufficient cause supports the same, and it is therefore

ORDERED that the government's motion is granted, and that Grand Jury testimony may be disclosed to the defendant through his attorney in the course of discovery in this case. It is further

ORDERED that such materials shall only be used in defending this case; that such materials shall be disclosed only to the defendant and counsel for the defendant; that the defendant's attorney shall maintain custody of such materials and shall not leave a copy of these materials with the defendant, shall not reproduce or disseminate the same; and that such materials shall be returned to the United States at the end of the case.

DATED this 22nd day of May, 2015.

BY THE COURT:

_____

Marcia S. Krieger
Chief United States District Judge